Cite as 2023 Ark. 135

# SUPREME COURT OF ARKANSAS

IN RE BOARD OF CERTIFIED
COURT REPORTER EXAMINERS

**Opinion Delivered:** September 28, 2023

## PER CURIAM

The court appoints the Honorable Alex Guynn of Pine Bluff, Circuit Judge, 11th-West Judicial Circuit, the Honorable Leigh Zuerker of Fort Smith, Circuit Judge, 12th Judicial Circuit, and Sandra Wright of Jonesboro, Certified Court Reporter, to the Board of Certified Court Reporter Examiners for three-year terms to expire on September 30, 2026. The court extends its appreciation to these new members for their willingness to serve on this important board.

The Honorable Blake Batson of Arkadelphia, Circuit Judge, 9th-East Judicial Circuit, and Dana Hayden of Fayetteville, Certified Court Reporter, are reappointed to the Board of Certified Court Reporter Examiners for three-year terms expiring on September 30, 2026. The court thanks them for their continued service on this board.

The court expresses its gratitude to the Honorable Jodi Raines Dennis of Pine Bluff, Circuit Judge, 11th-West Judicial Circuit, and the Honorable Brad Karren of Bentonville, Circuit Judge, 19th-West Judicial Circuit, whose terms have expired, for their years of valuable service to this board.